Certificate Number: 17082-PAE-DE-040342072

Bankruptcy Case Number: 25-14338



17082-PAE-DE-040342072

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2025, at 9:34 o'clock PM MST, DERYELIN M HERNANDEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 22, 2025           By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director