UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Deryelin Maria Hernandez<br><br>    Debtor | Chapter 13<br>Bankruptcy No.25-14338-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of January, 2026, by first class mail upon those listed below:

Deryelin Maria Hernandez
530 E. Greenleaf Street
Emmaus, PA  18049

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

 

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee