United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-14338-pmm

Deryelin Maria Hernandez                                                  Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                   User: admin                        Page 1 of 2

Date Rcvd: Apr 16, 2026                Form ID: 155                        Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Deryelin Maria Hernandez, 530 E. Greenleaf Street, Emmaus, PA 18049-3033 |
| 15065306 | + | Julio Peralta, 530 E Greenleaf St, Emmaus, PA 18049-3033 |
| 15068259 | + | M&T BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15065310 | + | St Lukes Physician Group, 2428 Walbert Ave, Allentown, PA 18104-1350 |
| 15065312 | + | Sunnova Energy Corporation, 20 Greenway Plaza - Ste 475, Houston, TX 77046-2015 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15065300 | + | Email/Text: bnc-aquafinance@quantum3group.com | Apr 17 2026 00:31:00 | Aqua Finance Inc, PO Box 844 Wausau, Wausau, WI 54402-0844 |
| 15065301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:14 | Capital One, Po BOX 31293, Salt Lake City, UT 84131-0293 |
| 15090310 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:27 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15065302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:16 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15065303 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2026 00:30:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15065304 | + | Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15088822 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2026 00:30:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 15065305 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 00:35:16 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15070252 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 17 2026 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15069030 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15065307 | | Email/Text: camanagement@mtb.com | Apr 17 2026 00:30:00 | M &T Bank, PO Box 900, Millsboro, DE 19966 |
| 15088514 | | Email/Text: camanagement@mtb.com | Apr 17 2026 00:30:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15068080 | ^ | MEBN | Apr 17 2026 00:27:39 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15065308 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 17 2026 00:29:00 | Medical Data Systems Inc, 1532 Lakeview Dr, Sebring, FL 33870-7957 |

District/off: 0313-4 User: admin Page 2 of 2

Date Rcvd: Apr 16, 2026 Form ID: 155 Total Noticed: 24

| 15065309 | + | Email/Text: Bankruptcies@nragroup.com | Apr 17 2026 00:31:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15066211 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15081526 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15065311 | ^ | MEBN | Apr 17 2026 00:27:58 | St Lukes University Health Network, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 15073107 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2026 00:30:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Deryelin Maria Hernandez ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Deryelin Maria Hernandez | ) | Case No. 25–14338–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 16, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court