Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Deryelin Maria Hernandez
530 E. Greenleaf Street
Emmaus, PA 18049

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-14338-PMM**

Petition Filed Date: 10/28/2025
341 Hearing Date: 11/25/2025
Confirmation Date: 04/16/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/10/2025 | $150.00 | | 12/08/2025 | $150.00 | | 01/09/2026 | $150.00 | |
| 02/09/2026 | $150.00 | | 03/09/2026 | $150.00 | | 04/08/2026 | $150.00 | |
| 05/11/2026 | $150.00 | | 06/08/2026 | $150.00 | | 07/08/2026 | $150.00 | |

**Total Receipts for the Period: $1,350.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,898.00 | $1,384.50 | $1,513.50 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $61.21 | $0.00 | $61.21 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01S | Unsecured Creditors | $2.95 | $0.00 | $2.95 |
| 3 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $57.98 | $0.00 | $57.98 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $1,909.62 | $0.00 | $1,909.62 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $51,175.39 | $0.00 | $51,175.39 |
| 6 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $6,362.85 | $0.00 | $6,362.85 |
| 7 | M&T BANK<br>»» 006 | Mortgage Arrears | $748.33 | $0.00 | $748.33 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $7,300.03 | $0.00 | $7,300.03 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,059.92 | $0.00 | $1,059.92 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $3,509.69 | $0.00 | $3,509.69 |
| 11 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $3,345.14 | $0.00 | $3,345.14 |

**Chapter 13 Case No. 25-14338-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,384.50 | Arrearages: | ($150.00) |
| Paid to Trustee: | $115.50 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.